IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02249-DDD-STV

MESHIA PELTIER,

    Plaintiff,

v.

PRISONER TRANSPORTATION SERVICES, LLC,
PTS OF AMERICA, LLC DBA PRISONER TRANSPORTATION SERVICES,
U.S. CORRECTIONS, LLC, and
JANE/JOHN DOES 1-10, individually,

    Defendants.

---

**JOINT MOTION FOR ORDER OF REFERRAL TO MAGISTRATE JUDGE HEGARTY FOR SETTLEMENT PURPOSES ONLY**

---

The undersigned parties, by and through their respective undersigned counsel of record, hereby move this honorable Court for an order referring this case to Magistrate Judge Michael Hegarty for settlement purposes only, and in support thereof state as follows:

1. D.C.Colo.LCivR 16.6 requires that the parties seek an order from the Court to refer the matter to a settlement conference with a magistrate judge.

2. Plaintiff and Defendants respectfully request that the case be referred to Judge Hegarty for purposes of a settlement conference.

3. The aforementioned parties have discussed the topic of settlement on a number of occasions and have also exchanged written discovery. Plaintiff and the Defendants believe that there is a legitimate possibility that Plaintiff's claims can be resolved through a settlement conference with Judge Hegarty. These parties also believe assistance from the Court's magistrate

settlement conference program will provide the parties with the greatest opportunity to reach a fair resolution.

4. Based on the parties' prior experiences with Judge Hegarty and the fact that Judge Hegarty will not be ruling on any motions or presiding over trial in this matter, the parties believe that a settlement conference with Judge Hegarty is likely to be particularly conductive to facilitating settlement in this case.

5. Accordingly, the undersigned parties respectfully request that the Court issue an order referring this case to United States Magistrate Judge Michael Hegarty to preside over a settlement conference between Plaintiff and the Defendants.

6. No party will be prejudiced by the relief requested herein and the relief requested serves the interests of justice.

## **CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1**

7. Counsel for Plaintiff, Michael Fairhurst, certifies that he has conferred with counsel for all Defendants regarding the relief sought herein. Counsel for Defendants do not oppose the relief sought herein and join this Motion.

WHEREFORE, Plaintiff and the Defendants respectfully request that this Court grant their motion for an order setting a settlement conference with Magistrate Judge Michael Hegarty, and for any other relief deemed just and proper.

Respectfully submitted this 1st day of June 2021.

| /s/ Michael P. Fairhurst | /s/ Michael McConnell |
|---|---|
| David A. Lane | Michael McConnell |
| Michael P. Fairhurst | McConnell Van Pelt, LLC |
| KILLMER, LANE & NEWMAN, LLP | 4700 South Syracuse St., Suite 200 |
| 1543 Champa Street, Suite 400 | Denver, CO 80237 |
| Denver, Colorado 80202 | (303) 480-0400 Main |
| Phone: (303) 571-1000 | (303) 458-9520 Facsimile |
| Facsimile: (303) 571-1001 | mmcconnell@mvp-legal.com |

dlane@kln-law.com
mfairhurst@kln-law.com
*Attorneys for Plaintiff*

*Counsel for Defendant PTS of America, LLP*

/s/ Joel A. Palmer
Joel A. Palmer
Tyson & Mendes
200 Union Blvd., Suite 200
Lakewood, CO 80228
720-756-5893
303-284-7987- fax
jpalmer@tysonmendes.com

*Counsel for Defendant U.S. Corrections LLC*

/s/ Catherine O'Brien Crum
Catherine O'Brien Crum
Rodrigo Lugo
Nixon Shefrin Ogburn Drew, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Phone: 303-773-3500
Fax: 303-779-0740
cobrien@nixonshefrin.com
rlugo@nixonshefrin.com

*Counsel for Defendant Prisoner Transportation Service, LLC*

/s/ Sara Cook
Gordon Vaughan
Sara Cook
Vaughan & DeMuro
111 South Tejon, Suite 545
Colorado Springs, CO 80903
gvaughan@vaughandemuro.com
asmith@vaughandemuro.com
scook@vaughandemuro.com

*Counsel for Defendant U.S. Corrections LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Michael McConnell
McConnell Van Pelt, LLC
4700 South Syracuse St., Suite 200
Denver, CO 80237
mmcconnell@mvp-legal.com

Gordon Vaughan
Ann B. Smith
Sara Cook
Vaughan & DeMuro
111 South Tejon, Suite 545
Colorado Springs, CO 80903
gvaughan@vaughandemuro.com
asmith@vaughandemuro.com
scook@vaughandemuro.com

Joel A. Palmer
Tyson & Mendes
200 Union Blvd., Suite 200
Lakewood, CO 80228
jpalmer@tysonmendes.com

Catherine O'Brien Crum
Rodrigo Lugo
Nixon Shefrin Ogburn Drew, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
cobrien@nixonshefrin.com
rlugo@nixonshefrin.com

        */s/ Charlotte Bocquin Scull*
        Paralegal